Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JEFFREY S. BENSON,**

        Plaintiff,

  vs.

Commissioner of Social Security Administration,

        Defendant.
_____

Civil No. 6:18-cv-00851-SB

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $38,341.00 settlement of attorney fees pursuant to 42 U.S.C. §406(b).  Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, Drew L. Johnson, PC, less an administrative assessment pursuant to 42 U.S.C. §406(d), and

ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C §406 (b) -        1

mailed to their office at 1700 Valley River Drive, Eugene, OR 97401, consistent with this order.

    IT IS SO ORDERED this 11th day of August, 2020.

                                                                                                                                                         Stacie F. Beckerman
                                                             U.S. Magistrate Judge

PRESENTED BY:

By:    /s/ SHERWOOD J. REESE
        Sherwood J. Reese, OSB #144130
        Of Attorneys for Plaintiff

ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C §406 (b) -      2