Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

IN THE UNITED STATES COURT DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JEFFREY S. BENSON,**

                 Plaintiff,

    vs.

**Commissioner of Social Security**
**Administration,**

                Defendant.
_____

Civil No. 6:18-cv-00851-SB

**ORDER APPROVING**
**AUXILIARY ATTORNEY FEES**
**PURSUANT TO 42 U.S.C. §406(b)**

After considering Plaintiff's Motion, and Counsel for Defendant having no objection, Motion is hereby granted in the sum of $27,090.00 – that is, $13,603.75 withheld from Dylan M. Cline's retroactive benefits and $13,486.25 withheld from Jordan A. Cline's benefits -- for attorney fees pursuant to 42 U.S.C. §406(b) regarding Plaintiff's auxiliary retroactive benefits on behalf of his minor children.  Any past-due

ORDER APPROVING AUXILIARY FEES PURSUANT TO 42 U.S.C §406 (b) -    1

benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, Drew L. Johnson, P.C., less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to their office at 1700 Valley River Drive, Suite 100, Eugene, OR 97401, consistent with this order.

IT IS SO ORDERED this 14th day of July, 2022.

_____
Hon. Stacie F. Beckerman
U.S. Magistrate Judge


PRESENTED BY:

By:    /s/ SHERWOOD J. REESE
       Sherwood J. Reese, OSB #144130
       Of Attorneys for Plaintiff

ORDER APPROVING AUXILIARY FEES PURSUANT TO 42 U.S.C §406 (b) -    2